SHAWN N. ANDERSON
United States Attorney
ALBERT S. FLORES, JR.
Assistant United States Attorney
P.O. Box 500377
United States Courthouse, Second Floor
Saipan, MP 96950
TEL: (670) 236-2980
FAX: (670) 236-2985

Attorneys for the United States of America

F I L E D
Clerk
District Court

JUN 20 2023

for the Northern Mariana Islands
By_____
(Deputy Clerk)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Criminal Case No. 1:23-cr-00007 |
| Plaintiff, | |
| vs. | **UNITED STATES' MOTION TO SEAL** |
| **JUANA CABRERA LEON GUERRERO**, | |
| Defendant. | |

The United States of America, by and through undersigned counsel, hereby moves the Court for an Order to seal the Information and plea agreement in this case, as it contains sensitive information.

Respectfully submitted June 20, 2023.

                                        SHAWN N. ANDERSON
                                        United States Attorney

By:   */s/ Albert S. Flores, Jr.*
        ALBERT S. FLORES, JR.
        Assistant United States Attorney