SHAWN N. ANDERSON
United States Attorney
ALBERT S. FLORES, JR.
Assistant United States Attorney
P.O. Box 500377
United States Courthouse, Second Floor
Saipan, MP 96950
TEL:  (670) 236-2980
FAX:  (670) 236-2985

Attorneys for the United States of America

F I L E D
Clerk
District Court
JUN 21 2023
for the Northern Mariana Islands
By_____JP_____
(Deputy Clerk)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| UNITED STATES OF AMERICA, | Criminal Case No. 1:23-cr-00007 |
|---|---|
| Plaintiff, | |
| vs. | **ORDER GRANTING** |
| | **UNITED STATES' MOTION TO SEAL** |
| JUANA CABRERA LEON GUERRERO, | |
| Defendant. | |

FOR CAUSE SHOWN, the United States' Motion to Seal (ECF No. 1) is GRANTED. The information and plea agreement will be maintained under seal until further order of the Court.

IT IS SO ORDERED on June 21, 2023.

_____
Heather L. Kennedy
Magistrate Judge