SHAWN N. ANDERSON
United States Attorney
ALBERT S. FLORES, JR.
Assistant United States Attorney
P.O. Box 500377
United States Courthouse, Second Floor
Saipan, MP 96950
TEL: (670) 236-2980
FAX: (670) 236-2985

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> vs. <br><br> **JUANA CABRERRA LEON GUERRERO,** <br><br> Defendant. | Criminal Case No. 23-cr-00007 <br><br> **UNITED STATES' MOTION TO SET MATTER FOR CHANGE OF PLEA HEARING** |

In light of the Plea Agreement signed by the parties and filed with the Court on June 20, 2023, the United States of America, by and through undersigned counsel, hereby moves this Court to set this matter for a Change of Plea hearing on Thursday, June 22, 2023, at 1:30 p.m.

Respectfully submitted on June 21, 2023.

                                                SHAWN N. ANDERSON
                                                United States Attorney

By:   */s/ Albert S. Flores, Jr.*
        ALBERT S. FLORES, JR.
        Assistant United States Attorney